IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXIS HERNANDEZ, Individually and for Other Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>CARNICERIA PRIME MEAT MARKET, LLC; CPMM PORTER, LLC; REYNALDO PONCE; and BRANCO RAMIREZ,<br><br>Defendants. | Case No.: 4:25-cv-02298 |

## INTIAL DOCKET CONTROL ORDER

The initial disposition of this case will be controlled by the following schedule:

| | |
|---|---|
| 1. December 31, 2025 | **INITIAL DISCOVERY DEADLINE**<br>The parties will conduct discovery into whether there exists a group of "similarly situated" individuals pursuant to 29 U.S.C. § 216(b). |
| | **SCOPE OF INITIAL DISCOVERY**<br>Initial discovery shall be limited in scope to the question of whether there exists a group of "similarly situated" individuals pursuant to 29 U.S.C. § 216(b). |
| 2. February 6, 2026 | **MOTION FOR CERTIFICATION AND FOR NOTICE**<br>Plaintiff will file any motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b). |
| 3. March 3, 2026 | **RESPONSE TO MOTION FOR CERTIFICATION AND FOR NOTICE**<br>Defendants will file response(s) to any motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b). |

| | |
|---|---|
| 4.  March 24, 2026 | **REPLY IN SUPPORT OF MOTION FOR CERTIFICATION AND FOR NOTICE** Plaintiff will file any reply in support of any motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b) |
| 5. | **OTHER DEADLINES** Within twenty-one (21) days of the Court's entering an order granting or denying, in whole or in part, Plaintiff's motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b), the parties shall submit to the Court a proposed first amended docket control order to control the disposition of the case going forward. If Plaintiff does not file a motion for certification and for notice on or before February 6, 2026, the parties shall submit a proposed first amended docket control order on or before February 27, 2026. |

SIGNED this _____ day of _____, 2025.

_____
**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**