IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXIS HERNANDEZ, Individually and for Other Similarly Situated §§§§§<br><br>Plaintiffs, §<br><br>v. §§§<br><br>CARNICERIA PRIME MEAT MARKET, LLC; CPMM PORTER, LLC; REYNALDO PONCE; and BRANCO RAMIREZ, §§§§<br><br>Defendants. | Case No.: 4:25-cv-02298 |

## INTIAL DOCKET CONTROL ORDER

The initial disposition of this case will be controlled by the following schedule:

| 1. February 27, 2026 | **INITIAL DISCOVERY DEADLINE**<br>The parties will conduct discovery into whether there exists a group of "similarly situated" individuals pursuant to 29 U.S.C. § 216(b). |
|---|---|
| | **SCOPE OF INITIAL DISCOVERY**<br>Initial discovery shall be limited in scope to the question of whether there exists a group of "similarly situated" individuals pursuant to 29 U.S.C. § 216(b).<br><br>Written discovery. Each party may serve up to 10 interrogatories on any other party. Each party may also serve up to 20 requests for production on any other party. There is no limit on the number of requests for admission.<br><br>Depositions. Each side (plaintiffs and defendants) may take up to two depositions. |
| 2. April 3, 2026 | **MOTION FOR CERTIFICATION AND FOR NOTICE**<br>Plaintiff will file any motion for certification of a collective and for distribution of court- |

| | | |
|---|---|---|
| | | authorized notice pursuant to 29 U.S.C. § 216(b). |
| 3. | May 1, 2026 | **RESPONSE TO MOTION FOR CERTIFICATION AND FOR NOTICE** Defendants will file response(s) to any motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b). |
| 4. | May 22, 2026 | **REPLY IN SUPPORT OF MOTION FOR CERTIFICATION AND FOR NOTICE** Plaintiff will file any reply in support of any motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b) |
| 5. | | **OTHER DEADLINES** Within twenty-one (21) days of the Court's entering an order granting or denying, in whole or in part, Plaintiff's motion for certification of a collective and for distribution of court-authorized notice pursuant to 29 U.S.C. § 216(b), the parties shall submit to the Court a proposed first amended docket control order to control the disposition of the case going forward. If Plaintiff does not file a motion for certification and for notice on or before April 3, 2026, the parties shall submit a proposed first amended docket control order on or before May 24, 2026. |

SIGNED this _____ day of _____, 2025.

_____
**DENA HANOVICE PALERMO**
**UNITED STATES MAGISTRATE JUDGE**