UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alexis Hernandez, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:25-CV-02298 |
| | § | |
| Carniceria Prime Meat Market, LLC, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AGREED SCHEDULING ORDER

The Parties have agreed on the following schedule for initial disposition of this case:

| | |
|---|---|
| Initial Discovery Deadline | February 27, 2026 |
| Motion for Certification and Notice | April 3, 2026 |
| Response to Motion for Certification | May 1, 2026 |
| Reply in Support for Certification | May 22, 2026 |

OTHER DEADLINES

Within twenty-one (21) days of the Court's entering an order granting or denying, in whole or in part, Plaintiff's motion for certification of a collective and for distribution of court authorized notice pursuant to 29 U.S.C. § 216(b), the parties shall submit to the Court a proposed first amended docket control order to control the disposition of the case going forward. If Plaintiff does not file a motion for certification and for notice on or before April 3, 2026, the parties shall submit a proposed first amended docket control order on or before

Signed on October 8, 2025, at Houston, Texas.

_Dena Palermo_
Dena Hanovice Palermo
United States Magistrate Judge